**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**UNITED STATES OF AMERICA**

v.    **CRIMINAL NO. 3:05-CR-176 WHB JCS**

**ROGER LEE JACKSON**

**ORDER GRANTING THE MOTION OF THE UNITED STATES
TO DISMISS INDICTMENT FOLLOWING
DEFENDANT'S GUILTY PLEA TO CRIMINAL INFORMATION**

THIS CAUSE is before the Court on the ore tenus motion of the United States to dismiss the indictment charging the defendant Roger Lee Jackson with possession of a firearm by a convicted felon following the defendant's plea of guilty on February 22, 2006, to the Information in Criminal No. 3:06-CR-0031 WHB JCS charging him with possession of ammunition by a convicted felon. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion of the United States to dismiss the indictment is granted.

SO ORDERED, this the 7th day of March, 2006

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE